# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | JASON P. & CHRISTINE M. GIARRIZZO |
| **Case Number:** | 2:09-bk-24120-RJH  **Chapter:** 7 |
| **Date / Time / Room:** | WEDNESDAY, DECEMBER 02, 2009 10:00 AM   6TH FLOOR #603 |
| **Bankruptcy Judge:** | RANDOLPH J. HAINES |
| **Courtroom Clerk:** | JANET SMITH |
| **Reporter / ECR:** | SHERI FLETCHER |

## *Matter:*

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY KONDAUR CAPITAL CORP

**R / M #:**  10 / 0

## *Appearances:*

JOHN JOSEPH VOLIN, ATTORNEY FOR JASON P. GIARRIZZO, CHRISTINE M. GIARRIZZO
LEONARD J. MCDONALD, ATTORNEY FOR MOVANT

## *Proceedings:*

Mr. McDonald reviewed the background of this matter. He requested permission to file an amended pleading.

COURT:  IT IS ORDERED CONTINUING THIS HEARING TO JANUARY 25, 2010 AT 10:00 AM. ON THE CONDITION THAT MR. MCDONALD FILE AN AMENDED PLEADING BY DECEMBER 31, 2009 THAT DEMONSTRATES WHAT RIGHTS KONDAUR CAPITAL HAS IF ANY TO THE COLLATERAL.